UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 1:21-cr-00303-2 (ABJ) |
| v. | : | |
| | : | |
| DEBORAH LYNN LEE, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANT'S MOTION IN LIMINE REGARDING INFLAMMATORY WORDS AND PHRASES**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests that the Court permit the government to file its opposition to the defendant's Motion in Limine Regarding Inflammatory Words and Phrases, ECF No. 70. In support of this motion, the government relies on the following facts:

1. The attached opposition was due to be filed on July 5, 2022. While on leave around the holiday weekend, and through oversight, undersigned counsel failed to submit the attached motion on time.

2. The government has discussed this matter with defense counsel, who has no objection to the government submitting this filing today.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   /s/ Michael J. Romano
Michael J. Romano
Trial Attorney, Detailed to the
U.S. Attorney's Office for the District of Columbia
IL Bar No. 6293658
601 D Street, N.W.
Washington, D.C. 20530
202-262-7850
michael.romano2@usdoj.gov