UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 21-cr-00303-ABJ |
| | ) | |
| DEBORAH LEE | ) | |
| | ) | |
| Defendant | ) | |

**DEFENDANT DEBORAH LEE'S UNOPPOSED MOTION
TO CONTINUE MOTIONS HEARING**

John M. Pierce
**JOHN PIERCE LAW P.C.**
21550 Oxnard Street
3rd Floor, PMB#172
Woodland Hills, CA 91637
(213) 279-7846
jpierce@johnpiercelaw.com

*Attorney for Defendant*

NOW comes Defendant, Deborah Lee, by and through her counsel of record, John M. Pierce, Esq. and files this unopposed motion to continue the motions hearing scheduled before this Court on July 18, 2022.

After counsel for Defendant Lee finished briefing pre-trial motions, it came to his attention there is a scheduling conflict. Currently, Mr. Pierce is set to appear before the Spotsylvania County Circuit Court in person in the Commonwealth of Virginia.

Due to the Conflict, Mr. Pierce has conferred with the government who does not oppose a continuance for the motions hearing as there is no trial date set, no harm will come to either party, and Defendant Lee will not oppose tolling timing.

Date: July 13, 2022                                    Respectfully submitted,


                                                /s/ John M. Pierce
John M. Pierce
**JOHN PIERCE LAW P.C.**
21550 Oxnard Street
3rd Floor, PMB#172
Woodland Hills, CA 91637
(213) 279-7846
jpierce@johnpiercelaw.com

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, July 13, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce