UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00303-ABJ-2 |
| ) | |
| DEBORAH LEE, ) | |
| ) | |
| Defendant ) | |

NOTICE OF APPERANCE

To: The Clerk of Court and all parties of record

Attorney William L. Shipley hereby makes this Notice of Appearance on behalf of: Defendant Deborah Lee in this matter.

Dated: July 20, 2022         Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com