UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 1:21-cr-00303-ABJ-2 |
| v. | : | |
| | : | |
| DEBORAH LYNN LEE, | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

The United States of America, by and through its undersigned counsel, and joined by the defendant, request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between September 8, 2022 (the date of the last hearing) and September 16, 2022. The parties agree that the ends of justice served by an exclusion of time outweigh the best interests of the public and the defendant in a Speedy Trial. 18 U.S.C. § 3161(h)(7)(A). This exclusion is occasioned by the defendant's request for a deadline (September 16) by which she will file a request to have the matter scheduled for trial before a magistrate judge.[1]

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Michael J. Romano
MICHAEL J. ROMANO
IL Bar No. 6293658
Trial Attorney, Detailee
555 4th Street, N.W.
Washington, D.C. 20530
Telephone No. (202) 307-6691
michael.romano@usdoj.gov

---

[1] The government notes it is filing this Joint Status Report after the Court's deadline of September 12, 2022, and apologizes for the late filing.