UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00303-ABJ-ZMF-2 |
| ) | |
| DEBORAH LEE, ) | |
| ) | |
| Defendant ) | |

**DEFENDANT DEBORAH LEE'S MOTION FOR
TRIAL BY MAGISTRATE JUDGE**

NOW comes Defendant, Deborah Lee, by and through her counsel of record, John M. Pierce, Esq., respectfully submits this request and waiver to this Honorable Court to proceed to trial by magistrate judge of the district.

Deborah Lee was charged with violations of 18:1752(a)(1) and (2) and with 40:5104(e)(2)(D) and (G) by and through a criminal complaint filed on August 5, 2021

Pursuant to 18 U.S.C. § 3401, a defendant that is charged with only misdemeanor may elect to expressly waive a trial, judgment and sentencing by a district judge and does so either in writing or by oral motion on the record.

Therefore, notice is hereby given that Defendant Deborah Lee waives her right to a trial, judgment, and sentencing by a district court judge and hereby elects to proceed to a trial by a magistrate judge for the District of Columbia.

Dated: September 18, 2022

                                                    Respectfully submitted,

                                                   /s/ John M. Pierce
                                                   John M. Pierce
                                                   John Pierce Law P.C.
                                                 21550 Oxnard Street
                                                 3rd Floor PMB #172
                                                 Woodland Hills, CA 91367
                                                 P: (213) 349-0054
                                                 jpierce@johnpiercelaw.com

CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, July 12, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce