# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No.: 21-CR-00303-2 |
| : | |
| **DEBORAH LYNN LEE** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Tighe Beach, who may be contacted by telephone at (240) 278-4348 or by email at tighe.beach@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States. Mr. Beach joins Mr. Romano, who remains assigned to the case.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    DC Bar No. 481052

By:   /s/ *Tighe Beach*
    TIGHE BEACH
    Assistant United States Attorney
    601 D Street NW
    Washington, D.C. 20001
    (240) 278-4348
    Tighe.beach@usdoj.gov
    CO Bar No. 55328

**CERTIFICATE OF SERVICE**

On this 17th day of October 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Tighe Beach*