UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:21-cr-00303-2-ABJ |
| : | |
| **DEBORAH LYNN LEE,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF ATTORNEY WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Michael J. Romano is no longer assigned to the above-captioned case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   */s/ Michael J. Romano*
Michael J. Romano
IL Bar No. 6293658
Deputy Chief, Capitol Siege Section
United States Attorney's Office
for the District of Columbia
601 D Street N.W., Rm. 5.1510
Washington, D.C. 20530
michael.romano2@usdoj.gov
(202) 262-7850