UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> ) <br> **v.** ) <br> ) <br> **DEBORAH LYNN LEE** ) <br> ) <br>    **Defendant** ) <br> ) | Case No. 21-cr-00303 |

**MOTION TO WITHDRAW APPEARANCE**

                                          William L. Shipley, Jr., Esq.
                                          PO Box 745
                                          Kailua, Hawaii 96734
                                          Tel: (808) 228-1341
                                          Email: 808Shipleylaw@gmail.com

                                          *Attorney for Defendant*

NOW COMES William L. Shipley and moves this Honorable Court to allow him to withdraw his appearance as counsel as to Deborah Lee for the following reasons:

1. John M. Pierce has been primary counsel.
2. Mr. Shipley only entered a notice of appearance as co-counsel for the to handle a motions hearing Mr. Pierce was unable to appear for.

WHEREFORE, undersigned counsel requests that he be allowed to withdraw his appearance as counsel in this matter.

Dated: April 8, 2023         Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*