UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00303-ABJ |
| ) | |
| DEBORAH LYNN LEE., ) | |
| ) | |
| Defendant ) | |

**DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

NOW comes Defendant Deborah Lee by and through attorney, William L. Shipley, Esq., and respectfully moves this Court to allow attorney Shipley to substitute as her retained counsel in place of previously retained counsel John Pierce.

A declaration of Defendant Lee offered in support of this motion is filed together herewith under seal.

On April 5, 2024, Defendant Lee and Attorney Shipley spoke about the status of the Defendant's case and the possibility of Attorney Shipley taking over her defense as counsel for trial.

Attorney Shipley advised Defendant Lee that it would be necessary to obtain permission from the Court given that he already has a trial scheduled for May 20, 2024, the same day her case is set for trial.  He explained that a continuance of her trial date would be necessary for him to substitute in on her behalf.  Attorney Shipley stated to Defendant Lee that, if allowed to enter the case, the matter could proceed to trial with Attorney Shipley as counsel within 90-120 days.

Government counsel, Assistant United States Alexander Diamond, has advised that the Government would not object to the substitution of counsel provided that any continuance to accommodate Attorney Shipley's existing trial schedule is not excessive given the length of time that this case has been pending.  Proposed dates for August were discussed between the parties if the Court's calendar could accommodate a trial in that time frame.

Attorney Shipley has also communicated with counsel John Pierce, and he has no objection to withdrawing from the case.

This motion for substitution of counsel is not for the purpose of causing improper or any undue delay in this matter. Attorney Shipley was an Assistant United States Attorney in both the Eastern District of California and the District of Hawaii for a combined period of more than 21 years. He has previously appeared before this Court and served as trial counsel in one prior case. In addition, he has tried other cases in this District involving defendants charged in connection with the events of January 6, 2021, presided over by Judges Mehta, McFadden, Howell, Bates, and Lamberth.

If the Court grants this motion, Defendant Lee requests that this Court set a status hearing for the purpose of selecting a trial date, and potentially allow for additional briefing of pretrial motions should Attorney Shipley believe expanding on the work on Defendant Lee's current counsel is necessary. It is possible that Defendant Lee could opt to proceed by way of bench trial rather than jury trial – this is a subject for further discussion with Attorney Shipley should he be allowed to take over her defense.

WHEREFORE, Defendant Lee respectfully requests this Honorable Court grant this motion to substitute her attorney of choice William Shipley for counsel John Pierce, to vacate the current trial date of May 20, 2024, and set a status conference to address scheduling in this case.

Dated: April 10, 2024              Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734

Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com