# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | No. 21-cr-303 (ABJ) |
| : | |
| **DEBORAH LYNN LEE,** : | |
| : | |
| **Defendant.**   : | |

## JOINT MOTION TO RESET TRIAL SCHEDULE

The parties respectfully request that the Court set a new trial date and corresponding pretrial deadlines at a time that is mutually beneficial for all parties. Counsel for both the government and Ms. Lee anticipate competing trial and personal obligations over the coming months and seek to promptly establish a new trial date to best avoid conflict. In particular, government counsel expects to relocate out of the district in early September, and therefore hopes to set a trial date before then for continuity of counsel.

The parties have conferred and expect that (1) the defendant will request a bench a trial, which the government will not oppose, and (2) the trial will last approximately two to three days. The parties would be amenable to scheduling a trial between July 31 and August 16. If the Court's calendar allows, we respectfully request that a new trial be scheduled within these dates.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Alexander Diamond*
        ALEXANDER DIAMOND
        NY Bar No. 5684634
        TIGHE BEACH
        CO Bar No. 55328
        Assistant United States Attorneys
        District of Columbia
        601 D St. NW
        Washington, DC 20530

        WILLIAM SHIPLEY
        Attorney for the Defendant