UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00303-ABJ |
| ) | |
| DEBORAH LEE ) | |
| ) | |
| Defendant ) | |

**WAIVER OF TRIAL BY JURY**

With the consent of the United States Attorney and the approval of the Court, the defendant waives her right to trial by jury.

*Deborah Lee* (signature)

/s/ William L. Shipley
William L. Shipley, Jr., Esq.

I consent:
/s/Alexander Diamond
Alexander Diamond
Assistant United States Attorney

Approved:

_____     Date:_____
Amy Berman Jackson
United States District Judge

1