**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **No. 21-cr-303 (ABJ)** |
| | : | |
| **DEBORAH LYNN LEE,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S MOTION TO DISMISS COUNT ONE

The United States of America respectfully moves the Court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss Count One of the First Superseding Indictment against defendant Lee.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  */s/ Alexander Diamond*
ALEXANDER DIAMOND
NY Bar No. 5684634
TIGHE BEACH
CO Bar No. 55328
Assistant United States Attorneys
District of Columbia
601 D St. NW
Washington, DC 20530