UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 21-cr-00303-ABJ |
| ) | |
| DEBORAH LYNN LEE., ) | |
| ) | |
| Defendant ) | |
| ) | |

**DEFENDANT'S RESPONSE TO COURT ORDER AND RENEWED REQUEST TO PROCEED TO TRIAL BY MAGISTRATE**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

NOW comes Defendant Deborah Lee by and through her undersigned counsel of record, William L. Shipley, Esq., and respectfully files this Response to this Court's August 2, 2024, Order.

On August 2, 2024, this Court issued an order granting the Government's ECF No. 131 Motion to Dismiss Count One as to 18 U.S.C. 1512 (c)(2).  *See* 8/2/2024 Minute Order.

As part of the order, this Court also ordered Defendant Lee to advise this Court if she intended to renew her request to have her case tried by a Magistrate Judge.

In response to that order, Defendant Lee hereby gives notice to the Court and renews her request pursuant to 18 U.S.C. § 3401(a) to have her case tried by a Magistrate Judge as she is now only charged with misdemeanor violations of 18 U.S.C.1752 (a)(1), 18 U.S.C.1752 (a)(2), 40 U.S.C. 5104 (e)(2)(D), and 40 U.S.C. 5104 (e)(2)(G)

Dated: August 7, 2024    Respectfully submitted,

_____
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com