**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-cr-303 (ZMF)** |
| | **:** | |
| **DEBORAH LYNN LEE,** | **:** | |
| | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**MOTION TO WITHDRAW**

The United States of America hereby respectfully moves the Court to allow Assistant

United States Attorney Tighe Beach to withdraw as co-counsel in this matter. Assistant United

States Attorney Alexander Diamond will continue to represent the government.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:     */s/ Tighe R. Beach*
        TIGHE R. BEACH
        Assistant United States Attorney
        CO Bar No. 55328
        601 D Street, N.W.
        Washington, DC 20530
        (240) 278-4348
        Tighe.Beach@usdoj.gov