UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 21-cr-00303-ZMF |
| ) | |
| **DEBORAH LYNN LEE.,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**DEFENDANT DEBORAH LEE'S MOTION TO MODIFY TERMS AND CONDITIONS OF PRETRIAL RELEASE**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

NOW comes Defendant Deborah Lee by and through her undersigned counsel of record, William L. Shipley, Esq., and respectfully files this Motion to Modify Terms and Conditions of Pretrial Release.

On August 16, 2021, Defendant Lee was subject to the terms and conditions of pretrial release that include random drug testing.

Defendant Lee has never had a history of drug use, nor has any positive tests during her three years of testing.

Wherefore, this Court should amend Defendant Lee's Terms and Conditions of Pretrial Release to no longer require drug testing.

Dated: October 6, 2024        Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com