# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 21-cr-00303-ZMF |
| | ) | |
| DEBORAH LYNN LEE., | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## DEFENDANT DEBORAH LEE'S MOTION TO MODIFY CONDITIONS OF RELEASE

William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

NOW COMES, Defendant Deborah Lee, by and through her undersigned counsel or record, William L. Shipley, requesting this Court modify the conditions of release imposed by this Court so as to allow for travel to the District of Columbia to attend President-Elect Donald Trump's Inauguration.

On August 1, 2021, Defendant Lee was charged with violations of 18 U.S.C. Sec. 1512(c)(2), 18 U.S.C. Sec 1752 (a)(1), 18 U.S.C. Sec 1752 (a)(2), 18 U.S.C. Sec 5104 (e)(2)(D), and 18 U.S.C. Sec 5104 (e)(2)(G) by a criminal complaint. Defendant Lee was later indicted on the same violations; however, after the United States Supreme Court ruling in *Fischer v. United States*, the Government moved to dismiss the 18 U.S.C. Sec. 1512(c)(2) violation and leaving no felony charges.

On August 16, 2021, Magistrate Judge Meriweather set Defendant Lee's terms and conditions of pretrial release which included a restriction of Defendant Lee to refrain from entering the District of Columbia unless it was related to court or personal business matters. *See* ECF No.13 Pg. 2 at ln f.

On October 11, 2024, this Court found Defendant Lee guilty after a bench trial of the four remaining misdemeanor charges and allowed Defendant Lee to remain on the same previously ordered conditions of release

To date, Defendant Lee has been in compliance with all terms and conditions of release set by this Court.

Defendant Lee requests to be allowed to travel to the District of Columbia from January 19, 2025, to January 20, 2025, to be in attendance of President-Elect Donald Trump's Inauguration.

Undersigned has conferred with Government Counsel who oppose such modification.

Dated: January 10, 2025                          Respectfully Submitted,

William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*